UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:96-00017 |
| | ) | JUDGE CAMPBELL |
| CLIMMIE JONES, JR. | ) | |

## ORDER

Pending before the Court is the Defendant's Motion To Continue Revocation Hearing (Docket No. 692). Through the Motion, the Defendant requests that the Court continue the revocation hearing, currently set for September 12, 2013, because counsel for the Defendant has scheduled military duty on the date of the hearing. The Motion indicates that the parties request a date during the last week of October, 2013.

The Motion is GRANTED. Accordingly, the revocation hearing is CONTINUED until October 31, 2013, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE