UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:96-00017 |
| | ) | JUDGE CAMPBELL |
| CLIMMIE JONES, JR. | ) | |

ORDER

Pending before the Court is a Motion to Continue Revocation Hearing (Docket No. 695). The Motion indicates the Government does not object to a continuance. Accordingly, the Motion is GRANTED.

The revocation hearing scheduled for November 1, 2013, is RESCHEDULED for November 15, 2013, at 1:00 p.m.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE